**RECEIVED**

APR 30 2008
Apr 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s): Janet Parker

08CV2479
JUDGE LEFKOW
MAG. JUDGE BROWN

V.

Defendant(s): MTV, CBS, NBC, WGN TV

## COMPLAINT

I'm filing this complaint because I want the credit for my poetry. I feel my work is being copied without my permission. I feel it is a shame, I have to go to court just to use my own creative poetry. Some people think they can just use or steal others copyrights.

I love writing poetry however this is also work. I worked hard writing these poems

(1)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s)

Case No.

V.

Defendant(s)

## COMPLAINT

and would like to be paid. I have children and family also. I want all rights given to artist and writers. Reality and Clek Clack are some of the names of my poetry.

I named my poetry reality and put the competitor love, tears, pools, family and life styles in it. Also the cooking grilling dance and reading.

Reality is my signature poem therefore it is a tangible script and copyrighted material created in 1983.

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Case No.

v.

Defendant(s)

## COMPLAINT

Reality is my competitive style of poetry. It is being copied by Reality TV. I wrote and performed my poetry in 1983. Reality TV came out in early 90's. I think they call reality unscripted therefore no copyright is needed. I have my orignal tangible Reality poem written in 1983. I want the credit for my work!

③

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Case No.

v.

Defendant(s)

## COMPLAINT

I feel MTV, CBS, NBC Wgn are coping my reality poetry.

4-30-08

Janet Parker
Janet Parker

Address 5528 S. Everett
Phone 312-515-4679