08CV2479
JUDGE LEFKOW
MAG. JUDGE BROWN

**APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED
APR 30 2008
Apr 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Janet L Parker
(Please print)

STREET ADDRESS: 5528 S Everett

CITY/STATE/ZIP: Chicago IL

PHONE NUMBER: 312-515-4679

CASE NUMBER: _____

_Janet Parker_
Signature

4-30-08
Date